**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Curo Health Services LLC, | No. CV-23-00450-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| Sarah Lynn Poe, | |
| Defendant. | |

On October 2, 2023, Plaintiff Curo Health Services LLC d/b/a Gentiva filed a Verified Complaint (Doc. 1) and an Application for Temporary Restraining Order and Preliminary Injunctive Relief (Doc. 2). Plaintiff asks the Court to enter a temporary restraining order enjoining Defendant Sarah Lynn Poe from (1) using or disclosing Gentiva's confidential, proprietary, and trade secret information; (2) performing job duties for her new employer that are the same or substantially the same as her duties performed for Gentiva; (3) soliciting Gentiva employees in breach of her non-solicit covenant; and (4) destroying or deleting relevant records or documents. (Doc. 2.)

A temporary restraining order may be issued without written or oral notice to the adverse party only if:

> (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and
> (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

Fed. R. Civ. P. 65(b)(1). "Every temporary restraining order issued without notice must .

1 . . . describe the injury and state why it is irreparable[, and] state why the order was issued without notice." Fed. R. Civ. P. 65(b)(2).

Here, Plaintiff's attorney has not certified in writing any efforts made to give notice to Defendant and the reasons why notice should not be required. *See* Fed. R. Civ. P. 65(b)(1). Accordingly, Plaintiff has not met the requirements under Federal Rule of Civil Procedure 65(b)(1) for issuance of a temporary restraining order without notice. The Court will deny without prejudice the Application for Temporary Restraining Order to the extent it requests issuance of a temporary restraining order without notice to Defendant.

The Court will set an expedited hearing on the Application for Temporary Restraining Order and Preliminary Injunctive Relief.

**IT IS ORDERED** that Plaintiff's Application for Temporary Restraining Order (Doc. 2) is **denied without prejudice** to the extent it seeks issuance of a temporary restraining order without written or oral notice to Defendant, and is **otherwise taken under advisement**.

**IT IS FURTHER ORDERED** that a hearing on Plaintiff's Application for Temporary Restraining Order and Preliminary Injunctive Relief is scheduled for **October 12, 2023 at 10:30 a.m.**, before the Honorable Rosemary Márquez, in Courtroom 5A of the United States District Court for the District of Arizona, Evo A. DeConcini U.S. Courthouse, 405 W. Congress Street, Tucson, AZ 85701.

. . . .
. . . .
. . . .
. . . .
. . . .
. . . .
. . . .
. . . .

**IT IS FURTHER ORDERED** that Plaintiff shall serve Defendant with the Summons, Verified Complaint (Doc. 1), Application for Preliminary Injunctive Relief (Doc. 2), and a copy of this Order on or before **October 9, 2023**. Defendant may file a response to the Application for Temporary Restraining Order and Preliminary Injunctive Relief on or before **October 11, 2023**.

Dated this 3rd day of October, 2023.

_____
Honorable Rosemary Márquez
United States District Judge